MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@armstrongteasdale.com

*Attorneys for Defendant WebBank*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

ROLANDA BROWN,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, WEBBANK, a foreign corporation, 1st HERITAGE CREDIT, a foreign company, and CONN CREDIT CORPORATION, INC., a foreign corporation,

    Defendants.

Case No.: 2:19-cv-01455-GMN-BNW

**STIPULATION AND ORDER TO EXTEND DEFENDANT WEBBANK'S DEADLINE TO RESPOND TO THE COMPLAINT**

[First Request]

    Defendant WebBank, by and through its counsel of record, the law firm of Armstrong Teasdale LLP, and Plaintiff Rolanda Brown ("Plaintiff"), by and through her counsel of record, Francis Arenas, Esq., hereby agree and stipulate to extend the deadline for Defendant WebBank to answer or otherwise respond to the Complaint by 21 days, from October 21, 2019, to November 11, 2019. This is the first request to extend this particular deadline.

    On August 21, 2019, Plaintiff filed her Complaint against Defendant WebBank and several other defendants. ECF No. 1. The Summons and Complaint were served on WebBank via certified mail on September 30, 2019. Therefore, pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, WebBank's response to the Complaint is currently due on October 21, 2019.

    Good cause for this extension exists. WebBank had difficulty identifying the Plaintiff as one

1

of its customers based on the information plead. Thus, Plaintiff was only recently identified, and counsel retained, by WebBank. WebBank requests additional time to prepare its responsive pleading. As such, Plaintiff agrees to Defendant WebBank's requested extension for its responsive pleading deadline until November 11, 2019. This case is in its infancy as the Complaint was filed a mere two months ago. At present, none of the other defendants in the case have filed responsive pleadings and no scheduling order has been entered; therefore, this stipulation to extend the time to respond to the Complaint will not affect any current deadlines in this case. Moreover, this stipulation is entered into in good faith and is not intended to unduly delay the proceedings.

Accordingly, the parties request that an order be entered extending the deadline for Defendant WebBank to respond to the Complaint from October 21, 2019, to November 11, 2019.

DATED this 15th day of October, 2019.

**FRANCIS ARENAS, ESQ.**

By: */s/ Francis Arenas*
FRANCIS ARENAS, ESQ.
Nevada Bar No. 6557
7500 W. Lake Mead Blvd, Suite 286
Las Vegas, Nevada 89128
Telephone: 702.326.5725
faarenas@aol.com

*Attorney for Plaintiff Rolanda Brown*

DATED this 15th day of October, 2019.

**ARMSTRONG TEASDALE LLP**

By: */s/ Michelle D. Alarie*
MICHELLE D. ALARIE, ESQ.
Nevada Bar No. 11894
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
malarie@armstrongteasdale.com

*Attorneys for Defendant WebBank*

**IT IS SO ORDERED**

**DATED: October 18, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**