WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDA BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; WEBBANK, a foreign corporation; 1st HERITAGE CREDIT, a foreign company; and CONN CREDIT CORPORATION, INC., a foreign corporation,<br><br>　　　　Defendants. | Case No.: 2:19-cv-01455-GMN-BNW<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

　　　　Plaintiff, Rolanda Brown ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively the "Parties"), by and through their counsel of record, hereby move as follows:

　　　　On August 21, 2019, Plaintiff filed her Complaint [ECF No. 1]. Conn received Plaintiff's Complaint by certified mail on October 9, 2019, in an envelope postmarked September 25, 2019. On November 6, 2019, Plaintiff filed a Proof of Service showing that Conn had been served at its registered agent on October 9, 2019. Conn's answer or responsive pleading was due on October 30, 2019. However, the parties have been actively engaged in settlement discussions and request that this party extend the time for Conn to respond to the Complaint to December 2, 2019.

　　　　WHEREAS, the Parties hereby move this court to set the deadline for Conn to file its responsive pleading as December 2, 2019. Conn agrees to participate and attend any Rule 26(f)

conference that occurs during the pendency of the extension.

This is the first request for extension of time for Conn to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 21st day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

| | |
|---|---|
| /s/ Ramir M. Hernandez | /s/ Frances Arenas |
| R. Samuel Ehlers, Esq. | Frances Arenas, Esq. |
| Nevada Bar No. 9313 | Nevada Bar No. 6557 |
| Ramir M. Hernandez, Esq. | 7500 W. Lake Mead Blvd., Suite 286 |
| Nevada Bar No. 11731 | Las Vegas, NV 89128 |
| 7785 W. Sahara Ave., Suite 200 | *Attorneys for Plaintiff, Rolanda Brown* |
| Las Vegas, NV 89117 | |
| *Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)* | |

**IT IS SO ORDERED**

**DATED: November 22, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**