**RACHEAL A. ROSS, ESQ.**
Nevada Bar No. 14943
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
raross@wolfewyman.com

Attorneys for Defendant
**FIRST HERITAGE CREDIT, LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDA BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, WEB BANK, a foreign corporation, 1ST HERITAGE CREDIT, a foreign company, and CONN CREDIT CORPORATION, INC., a foreign corporation,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01455-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRST HERITAGE CREDIT, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Defendant, FIRST HERITAGE CREDIT, LLC (hereinafter, "FHC") and Plaintiff, ROLANDA BROWN, by and through their undersigned attorneys, that FHC shall have up to and including December 25, 2019 to file a Response to Plaintiff's Complaint.

///

///

///

///

///

1

3511619.1

This is FHC's first request for an extension, and is not intended to cause any delay or prejudice to any party. Trial has not been set in this case yet. By way of this stipulation, FHC does not waive any defenses, affirmative or otherwise, which it could properly assert in any subsequent pre-Answer response to Plaintiff Rolanda Brown's Complaint, including but not limited to: defective service of process, FRCP 12(b)(6), or improper venue.

DATED: 11/27/2019

WOLFE & WYMAN LLP

By: */s/ Racheal A. Ross, Esq.*
    RACHEAL A. ROSS, ESQ.
    Nevada State Bar No. 14943
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    FIRST HERITAGE CREDIT, LLC

DATED: 11/27/2019

By: */s/ Francis Arenas, Esq.*
    FRANCIS ARENAS, ESQ.
    7500 W. Lake Mead Blvd., Suite 286
    Las Vegas, NV 89128
    Attorney for Plaintiff

3511619.1

**ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FIRST HERITAGE CREDIT, LLC shall have up to and including December 25, 2019 to file a Response to Plaintiff's Complaint.

**IT IS SO ORDERED**.

DATED: 12/2/2019

By: _____
United States Magistrate Judge

Submitted by,

DATED: 11/27/2019

WOLFE & WYMAN LLP

By: /s/ Racheal A. Ross, Esq.
RACHEAL A. ROSS, ESQ.
Nevada Bar No.: 14943
6757 Spencer Street
Las Vegas, NV 89119
Attorneys for Defendant
**FIRST HERITAGE CREDIT, LLC**

3511619.1

**CERTIFICATE OF MAILING**

On November 27, 2019, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRST HERITAGE CREDIT, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)**, by the following means to the persons as listed below:

☒ a. EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

☐ b. United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

FRANCIS ARENAS, ESQ.      faarenas@aol.com
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Attorney for Plaintiff

*/s/ Jamie Soquena*
Jamie Soquena
An employee of Wolfe & Wyman LLP

4

3511619.1