**RACHEAL A. ROSS, ESQ.**
Nevada Bar No. 14943
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
raross@wolfewyman.com

Attorneys for Defendant
**FIRST HERITAGE CREDIT, LLC**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROLANDA BROWN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company, WEB BANK, a foreign corporation, 1ST HERITAGE CREDIT, a foreign company, and CONN CREDIT CORPORATION, INC., a foreign corporation,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01455-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRST HERITAGE CREDIT, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED between Defendant, FIRST HERITAGE CREDIT, LLC (hereinafter, "FHC") and Plaintiff, ROLANDA BROWN, by and through their undersigned counsel, that FHC shall have up to and including January 10, 2020 to file a Response to Plaintiff's Complaint.

///

///

///

///

///

1

3526677.1

This is FHC's second request for an extension, and is not intended to cause any delay or prejudice to any party. This extension is necessary in order to allow counsel to continue to negotiate possible settlement of the case through the holiday season.

Trial has not been set in this case yet. By way of this stipulation, FHC does not waive any defenses, affirmative or otherwise, which it could properly assert in any subsequent pre-Answer response to Plaintiff Rolanda Brown's Complaint, including but not limited to: defective service of process, FRCP 12(b)(6), or improper venue.

DATED: December 18, 2019          DATED: December 18, 2019

WOLFE & WYMAN LLP

By: */s/ Racheal A. Ross, Esq.*
    RACHEAL A. ROSS, ESQ.
    Nevada State Bar No. 14943
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant
    FIRST HERITAGE CREDIT, LLC

By: */s/ Francis Arenas, Esq.*
    FRANCIS ARENAS, ESQ.
    7500 W. Lake Mead Blvd., Suite 286
    Las Vegas, NV 89128
    Attorney for Plaintiff

3526677.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Based on the Stipulation of the parties, and good cause appearing therefore, |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that FIRST HERITAGE |
| 4 | CREDIT, LLC shall have up to and including January 10, 2020 to file a Response to Plaintiff's |
| 5 | Complaint. |
| 6 | **IT IS SO ORDERED**. |
| 7 | DATED: 12/19/2019 |

By: _____
**Brenda Weksler**
**United States Magistrate Judge**

Respectfully submit by:

DATED:  December 18, 2019

WOLFE & WYMAN LLP

By: /s/ Racheal A. Ross, Esq.
RACHEAL A. ROSS, ESQ.
Nevada Bar No.: 14943
6757 Spencer Street
Las Vegas, NV  89119
Attorneys for  Defendant
**FIRST HERITAGE CREDIT, LLC**

3

3526677.1

# CERTIFICATE OF MAILING

On December 18, 2019, I served the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT FIRST HERITAGE CREDIT, LLC TO RESPOND TO PLAINTIFFS' COMPLAINT (SECOND REQUEST)**, by the following means to the persons as listed below:

☒     a.     EFC System (you must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary):

☐     b.     United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

FRANCIS ARENAS, ESQ.           faarenas@aol.com
7500 W. Lake Mead Blvd., Suite 286
Las Vegas, NV 89128
Attorney for Plaintiff

*/s/ Evelyn Pastor*
Evelyn Pastor
An employee of Wolfe & Wyman LLP

3526677.1